United States Bankruptcy Court
Northern District of Florida

In re:                                                                       Case No. 14-30341-KKS
West Florida Recycling, L.L.C.                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-3          User: lderoche             Page 1 of 1                  Date Rcvd: Feb 22, 2019
                              Form ID: pdf002            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
db              +West Florida Recycling, L.L.C.,    8038 N. Palafox St.,    Pensacola, fl 32534-4434
                +Nestor Taylor,   1016 Creekside Ct.,    Pensacola, FL 32514-5585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
       Alan  Gustafson    on behalf of Creditor    ECBM, LLC agustafson@buckleylawgroup.com
       Angela J. Jones    on behalf of Creditor    Santa Rosa County Board of County Commissioners
        angiej@santarosa.fl.gov
       Douglas A. Bates     on behalf of Plaintiff John E. Venn, Jr. dbates@clarkpartington.com,
        ldunlap@clarkpartington.com;jknudsen@clarkpartington.com;kcastillo@clarkpartington.com
       Douglas A. Bates     on behalf of Trustee John E. Venn, Jr. dbates@clarkpartington.com,
        ldunlap@clarkpartington.com;jknudsen@clarkpartington.com;kcastillo@clarkpartington.com
       Eyal  Berger    on behalf of Defendant John  Buckner eyal.berger@akerman.com,
        jeanette.martinez@akerman.com
       Jake C Blanchard    on behalf of Creditor    Maxim Commercial Capital, LLC jake@jakeblanchardlaw.com
       James A. Timko    on behalf of Creditor    Rainbow Disposal Company, Inc. jtimko@shutts.com,
        KGranofsky@shutts.com
       Jason H. Egan    on behalf of U.S. Trustee    United States Trustee jason.h.egan@usdoj.gov
       Jodi Daniel Dubose    on behalf of Defendant    Express Services, Inc. jdubose@srbp.com,
        lhathaway@srbp.com;jdubose.ecf@srbp.com
       John E. Venn     on behalf of Plaintiff John E. Venn, Jr., Trustee johnevennjrpa@aol.com,
        jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com
       John E. Venn     on behalf of Trustee John E. Venn, Jr. johnevennjrpa@aol.com,
        jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com
       John E. Venn, Jr.    on behalf of Trustee John E. Venn, Jr. johnvenntrustee@aol.com,
        jweber1861@aol.com;breeze1014@gmail.com;jvennjr@ecf.epiqsystems.com;acv7398@aol.com
       John P. Daniel    on behalf of Creditor    ARC Gateway, Inc jpd@beggslane.com
       Jonathan H. Alden    on behalf of Interested Party    Florida Department of Environmental
        Protection jonathan.alden@dep.state.fl.us,
        Anne.Willis@dep.state.fl.us;DEP.Defense@dep.state.fl.us
       Jules S Cohen    on behalf of Creditor    PREMIUM ASSIGNMENT CORPORATION jules.cohen@akerman.com
       Philip Alan Bates    on behalf of Creditor    City of Pensacola pbates@philipbates.net,
        swalton@philipbates.net;abridges@philipbates.net;dwatts@philipbates.net
       Sally Bussell Fox    on behalf of Creditor    Allied Waste Services of North America, LLC
        sfox@esclaw.com,  dbright@esclaw.com
       Sally Bussell Fox     on behalf of Creditor    ECBM, LLC sfox@esclaw.com,   dbright@esclaw.com
       Sarah St John Walton    on behalf of Creditor    City of Pensacola swalton@philipbates.net,
        pbates@philipbates.net;wwest@philipbates.net;abridges@philipbates.net
       Sundeep S. Sidhu     on behalf of Creditor    PREMIUM ASSIGNMENT CORPORATION sunny.sidhu@akerman.com
       Todd M. LaDouceur    on behalf of Debtor    West Florida Recycling, L.L.C. tladouceur@gjtbs.com,
        jhines@gjtbs.com
       United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                      TOTAL: 22

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

WEST FLORIDA RECYCLING, LLC

Case No.: 14-30341-KKS
Chapter 7

     Debtor.                    /

## ORDER DISAPPROVING APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS (Doc. 269)

THIS CASE came on for consideration of the Application for the Recovery of Unclaimed Funds (the "Application," Doc. 269) submitted by Dilks & Knopik, LLC, as Applicant. The Application fails to fulfill the requirements of 28 U.S.C. § 2042.[1] It is

ORDERED:

The Application for Payment of Unclaimed Funds (Doc. 269) is DISAPPROVED without prejudice for the following reason(s):

[X]  The Applicant used application forms not authorized by this Court. The correct forms can be found on the Court's website: https://ecf.flnb.uscourts.gov/ucfunds/

---

[1] 28 U.S.C.§2042 states in pertinent part: ". . . Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him."

☐ The Applicant is missing page ____ of the official forms.

☐ Proof of service is deficient upon the Office of the United States Attorney at:

- (Gainesville, Tallahassee, and Panama City Divisions) 111 N. Adams St., 4th Floor, Tallahassee, FL 32301

- (Pensacola Division) 21 E. Garden St., Ste. 400, Pensacola, FL 32502

☐ The last four digits of the Applicant's Social Security Number or Tax Identification Number were not provided.

☐ A copy of the individual Applicant's photo identifications was not provided or was illegible.

☒ A copy of the officer of the corporate Applicant's photo identification and proof of employment was not provided or was illegible.

☐ Notarized signatures of the Applicant were not provided.

☐ Applicant's name, address and telephone number were not provided.

☐ No explanation/incorrect explanation of the right of the Applicant to the unclaimed funds was provided.

☐ The Applicant selected the incorrect box on pg. 1 of the Application indicating how Applicant is entitled to the funds.

☐ The Applicant did not supply a notarized original Power of Attorney.

☐ The Corporate Applicant failed to provide a notarized corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☒ The Corporate Applicant has not provided current proof of the authorized representative's authority to pursue the unclaimed funds.

☐ The names of the Applicant claiming the unclaimed funds does not match the name of the original creditor as found on the proof of claim or Notice of Payment of Unclaimed Funds.

☐ The Applicant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the names of the Applicant.

☒ Other [The address provided for Claimant on pg. 1 of the Application does not match the address on Claimant's photo identification or POC 10-1.]

There may be other issues with the Application. The Court reserves jurisdiction to ensure any subsequent applications comply with the requirements to receive unclaimed funds.

DONE and ORDERED on  February 22, 2019                          .

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Copies to:
All parties in interest

Nestor Taylor
1016 Creekside Ct.
Pensacola, FL 32514